IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 6:15MJ6003 |
| v. | ) | |
| | ) | |
| STEVEN BROWN | ) | 18 U.S.C. § 13(a) |
| | | A.C.A. § 5-64-443(a)(1) |

### INFORMATION

The United States Attorney charges:

### COUNT 1

On or about November 1, 2014, in the Western District of Arkansas, Hot Springs Division, the defendant, **STEVEN BROWN**, in the Hot Springs National Park, land acquired for the use of the United States and under the exclusive jurisdiction thereof, possessed drug paraphernalia with the purpose to inject, ingest, inhale or otherwise introduce into the human body a controlled substance, in violation of 18 U.S.C. § 13(a) and A.C.A. § 5-64-443(a)(1).

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: *[signature]*
David R. Ferguson
Assistant U. S. Attorney
Arkansas Bar No. 85052
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125