IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 6:15mj06003-001 |
| | ) | |
| STEVEN J. BROWN | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I am authorized to practice in this court, and I appear in this case as lead counsel for the

Plaintiff, United States of America.

DATED this 22nd day of December, 2015.

> Respectfully submitted,
> KENNETH ELSER
> ACTING UNITED STATES ATTORNEY
>
> By: */s/ David A. Harris*
>
>   David A. Harris
> Assistant U. S. Attorney
> Arkansas Bar No. 2003104
> 414 Parker Avenue
> Fort Smith,  AR  72901
> 479-783-5125
> E-mail David.A.Harris@usdoj.gov

CERTIFICATE OF SERVICE

I, hereby certify that on the 22nd day of December, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to Travis Morrissey, Attorney for Defendant.

> */s/ David A. Harris*
>
>   David A. Harris
> Assistant United States Attorney